**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-7087**

———————

COY RAY PHELPS,

Plaintiff - Appellant,

versus

JOHN ASHCROFT; KATHLEEN HAWK-SAWYER,

Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh. Malcolm J. Howard, District Judge. (CA-03-461-5-H)

———————

Submitted: October 23, 2003     Decided: October 31, 2003

———————

Before WILLIAMS, MOTZ, and SHEDD, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Coy Ray Phelps, Appellant Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Coy Phelps appeals the district court's orders dismissing his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), as frivolous. <u>See</u> 28 U.S.C. § 1915A(b)(1) (2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>See</u> <u>Phelps v. Ashcroft</u>, No. CA-03-461-5-H (E.D.N.C. July 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>